**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BLUE DOG AT 399 INC.,<br><br>　　　　Debtor. | Case No: 15-10694-mew |
| BLUE DOG AT 399 INC.,<br><br>　　　　　　　　　Plaintiff,<br>Against<br><br>BP 399 PARK AVENUE LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. 15-01097-mew |

**ORDER SETTING MEDIATION SCHEDULE**

Pursuant to the Order of the Court, [ECF No. 7] dated July 10, 2015, appointing the Honorable James L. Garrity, Jr. to serve as mediator (the "**Mediator**") in the above captioned proceeding, Blue Dog at 399 Inc. and BP 399 Park Avenue LLC (the "**Interested Parties**") were directed to mediate the adversary proceeding (the "**Mediation**"); and

WHEREAS, counsel for each respective Interested Party in the adversary proceeding (Cozen O'Connor and Weinberg Zareh Malkin Price, LLP) were required to appear for the Mediation and the clients also have been required to appear for the Mediation; and

At the request of the Interested Parties requesting a continuation of the Mediation,

IT IS HEREBY ORDERED, that

(1) On April 27, 2018, counsel for the Interested Parties shall submit a joint mediation submission summarizing issues upon which the parties have agreed upon.

(2) On May 4, 2018, counsel for each of the Interested Parties may submit a further mediation statement, which shall be confidential and for the Mediator's eyes only, to discuss that party's positions as to any open issues or any other details which may be useful to the Mediator.

(3) The Interested Parties and their respective counsel are **directed [JLG]** to appear for a continued mediation session before the Mediator at One Bowling Green, New York, New York at **1:00 p.m. on June 12, 2018**.

**Dated**:  New York, New York
April 27, 2018

/s/ *James L. Garrity, Jr.*
UNITED STATES BANKRUPTCY JUDGE