**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

**MEDIATOR'S FINAL REPORT**

1. Case name: Blue Dog at 399 Inc.

2. a. Case #: 15-10694-mew    b. Adversary # (if applic.): 15-1097-mew.

3. Nature of dispute: Terms of Commercial Restaurant Lease.

4. Date of mediator appointment: July 10, 2015.

5. a. Has case settled?: Yes.

   [ ]Yes, before first meeting  [ ]Yes, in mediation  [X]Yes, after mediation, if you know  [ ]Case did not settle

   b. If settled, how long from appointment to settlement of case?: 3yrs.

   c. What were the principal terms of the settlement? (Annex a brief description if necessary): See Doc # 77 in 15-1097.

6. a. What was total fee?:$ N/A  b. How was it paid?: N/A.

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Mediator).

8. Please provide the names, addresses, and telephone numbers of counsel:
   Name: SEE ATTACHED           Name: .
   Address:                     Address: .
   Phone:                       Phone: .
   Name:                        Name: .
   Address:                     Address: .
   Phone:                       Phone: .

**Signature of Mediator:**  /s/ James L. Garrity, Jr            **Date:** 2/6/2019            .

        Address :  One Bowling Green, New York, New York 10004  .

Phone: 212-284-4097.