Counsel Present at Mediation / Representing

| Counsel | Representing |
|---|---|
| David Wolnerman, Esq.<br>White & Wolnerman, PLLC<br>950 Third Avenue, 11th Floor<br>New York, New York 10022<br>(212) 308-0667 | Ms. Elizabeth Slavutsky, personally. |
| Frederick Schmidt, Esq.<br>Menachem Kastner, Esq.<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY 10172<br>Phone +1 (212) 883-4900 | Boston Properties / Landlord |
| Melanie L. Cyganowski, Esq.<br>Oleg Sabel, Esq.<br>Otterbourg, PC<br>230 Park Avenue<br>New York, NY 10169<br>(212) 905-3614 | Blue Dog at 399 (Debtor)<br>Bankruptcy Counsel |
| Seth B. Weinberg, Esq.<br>Omid Zareh, Esq.<br>John Fant, Esq.<br>Weinberg Zareh Malkin Price LLP<br>45 Rockefeller Plaza, 20th Floor<br>NY, NY 10111<br>212-899-5470 | Blue Dog at 399 (Debtor)<br>Litigation Counsel<br>(Adversary Proceeding Boston Properties) |
| Scott Michael Hare, Esq.<br>The Frick Building - Suite 1806<br>437 Grant Street<br>Pittsburgh, PA  15219<br>412-338-8632 | Blue Dog at 399 (Debtor)<br>Counsel<br>(Adversary Proceeding Seyfarth Shaw) |
| Karen Holdridge Esq.<br>SVP, Regional General Counsel<br>599 Lexington Avenue, 16th Floor<br>New York, NY 10022<br>(212) 326-4025<br>kholdridge@bostonpro | Boston Properties |
| Kristen V. Campana, Esq.<br>Proskauer<br>Eleven Times Square | Counsel to D&D Funding |

| New York, NY 10036 212.969.3066 | |

Other Attendees:

Mr. Robert Powell              on behalf of D&D Funding (Creditor and Party to Proposed Settlement)

Ms. Elizabeth Slavutsky        Principal of Debtor