UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re :                                                       :
                                                              :  Chapter 11
BLUE DOG AT 399 INC.,                                         :
                                                              :  Case No. 15-10694 (MEW)
      Debtor.                   :
------------------------------------------------------------- x
BLUE DOG AT 399 INC.,                                         :
                                                              :  Adv. Pro. 15-01097 (MEW)
      Plaintiff,                :
                                                              :
  -against-                                         ::
                                                              :
BP 399 PARK AVENUE LLC,                                       :
                                                              :
      Defendant.                :
------------------------------------------------------------- x

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

  IT IS HEREBY STIPULATED by all of the parties to this adversary proceeding, plaintiff Blue Dog at 399 Inc. and defendant BP 399 Park Avenue LLC, by and through the undersigned, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each party to pay its own costs and fees.

  [remainder of page left intentionally blank]

5597317.1

This Stipulation may be executed in counterparts, each of which when taken together shall constitute but one original agreement. Counterparts may be delivered by email (as a .pdf attachment) or facsimile transmission and emailed or faxed signatures shall have the same force and effect as an original signature.

Dated: New York, New York
March ___, 2019

WEINBERG ZAREH MALKIN PRICE LLP

By: _____
Seth D. Weinberg
Omid Zareh
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Telephone:    (212) 899-5470
sweinberg@wzmplaw.com
ozareh@wzmplaw.com

*Special Litigation Counsel for Blue Dog at 399 Inc.*

Dated: New York, New York
March 20, 2019

COZEN O'CONNOR

By: _____
Frederick E. Schmidt, Jr.
Menachem J. Kastner
277 Park Avenue
New York, New York 10172
Telephone:    (212) 883-4900
Facsimile:    (646) 588-1552
eschmidt@cozen.com
mkastner@cozen.com

*Counsel for BP 399 Park Avenue LLC*